**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00848-CV

---

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL, Appellants**

**V.**

**GREENVILLE LANDMARK VENTURE, ET AL, Appellees**

---

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. 10-02411-D**

---

## ORDER

We **GRANT** appellants' February 15, 2013 agreed motion for an extension of time to file

a brief. Appellants shall file their brief on or before March 11, 2013.


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE